UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| MICHAEL W. MORGAN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 2:24-cv-00457-JPH-MG |
| ) | |
| DUSTY RUSSELL Correctional Major, ) | |
| Wabash Valley Correctional Facility, in ) | |
| his individual capactiy, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER TO STRIKE MOTION FOR TEMPORARY RESTRAINING ORDER**

"Information transmitted to the court . . . is presumptively public." *Baxter Int'l v. Abbott Labs.*, 297 F.3d 544, 545 (7th Cir. 2002). Further, "judicial proceedings, civil as well as criminal, are to be conducted in public." *Doe v. Blue Cross & Blue Shield United of Wis.*, 112 F.3d 869, 872 (7th Cir. 1997).

Michael Morgan filed his motion for temporary restraining order, dkt. 8, and supporting brief, dkt. 9, with ex parte restrictions but offered no justification for doing so. Further, no information in the motion or brief appears to warrant an ex parte filing.

The **clerk is directed** to **strike** the motion and supporting brief, dkts. [8] and [9]. Mr. Morgan may, if appropriate, refile his motion. If he wishes to maintain the motion and any supporting documents with ex parte restrictions, he must file a motion for leave to do so.

**SO ORDERED.**

Date: 10/23/2024

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

MICHAEL W. MORGAN
141485
WABASH VALLEY – CF
Wabash Valley Correctional Facility
Electronic Service Participant – Court Only

KAREN FISCHER
Electronic Service Participant – Court Only